## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF MISSOURI

Robert O. Diggs   2409949
(full name)         (Register No).

          Plaintiff(s).

   )
   )
   )
   )
   )
   )

11 - 3377 - CV - S - ODS - P

v.

Case No._____

Greene County Justice Center, et Al
Inmate Services Corp, et Al
(Full name)
Extradition Agent John Doe (1)
Extradition Agent John Doe (2)
        Defendant(s).

   )
   )
   )
   )
   )

### COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.     Place of present confinement of plaintiff(s): Greene County Center
1000 N Boonville Springfield mo 65802

II.     Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Robert O Diggs        Register No. 2409949
Address 1000 N. Boonville Springfield mo 65802

B. Defendant Agent John Doe #(1) & Agent John Doe #(2)
220 North 6th St Suite A West memphis Arkansas 72301
Is employed as Extradition agent by Inmate Services Corp

For additional plaintiffs or defendants, provide above information in same format on a separate page. (See Attachment)

1

# Defendants (Dfdts)

1. Defendant, Inmate Services Corporation is an incorporated entity whose primary Corporate office is located at 220 North 6th street Suite A west memphis Arkansas 72301 whose chief Executive officer is John and or Jane Doe, while acting under color of state law in its official and individual Capacity did violate plaintiffs Clearly established constitutional Rights to be protected from cruel and unusual punishment in Violation of the 8th amendment to the Constitution of the united States as will appear more fully here in...

2. Defendant John Doe (1) (Extradition Agent employed by Inmate Services Corporation) (hereinafter E.A. of I.S.C) who was employed by I.S.C. between the dates of July 22nd 2011 ~~&~~ July 24th 2011 and whose primary work address is 220 North 6th Street Suite A west memphis Arkansas 72301 ~~violated~~ while acting under Color of state law in his individual Capacity Violated plaintiffs clearly established Constitutional Right to be free from cruel and unusual punishment in violation of the 8th amendment to the Constitution of the united states as will more fully appear here in...

3. Defendant, John Doe (2) Extradition Agent who was employed by I.S.C between July 22 2011 and July 24 2011 while acting under Color of State law in his individual Capacity violated plaintiff Clearly established Constitutional Rights to be free from cruel & unusual punishment as proscribed by the 8th Amendment ~~TO THE INDIGENT~~ united States Constitution of the united States as will

appear more fully herein. Whos primary work Address is
220 North 6th Street Suite A west memphis Arkansas

4. Defendant Martin Mahy, Lt who is employed
by the County of greene State of missouri, as an officer
of the green County Jail facility, whose address is
1000 N Boonville street Springfield mo 65802
While acting under Color of State law in his individual
Capacity, deliberatly and Recklessly disregarded plaintiffs
Clearly establised Constitutional Rights to due process
of law as proscribed by the 5th and 14th amendments to the
United States Constitution as will appear more fully
herein...

5. Defendant Conrod, captain who is employed by the
County of greene State of missouri, as an officer of the
greene County Jail facility, whose work address is 1000 N
Boonville Street Springfield mo 65802 while acting under
Color of state law in his individual Capacity, deliberatly
and Recklessly disregarded
plaintiffs Clearly established Constitutional Rights to due
process of law as proscribed by the 5th and 14th amendments
to the united States Constitution as will appear more fully
herein...

6. Defendant Howell, Lt who is employed by the County
of greene State of missouri as an officer of the greene
County Jail facility, whose work address is 1000 N Boonville
Street Springfield mo 65802 while acting under Color of State
law in her individual Capacity, deliberatly and Recklessly
disregarded plaintiffs Clearly established Constitutional Rights

to due process of law as proscribed by the 5th and 14th amendments to the United States Constitution as will appear more fully herein...

7. Defendant Schwakarburg, Sgt, whose work address is 1000 N. Boonville Springfield Missouri 65802 while acting under Color of State law in his individual Capacity between The date of July 12th 2011 and July 24 2011 Served as "Extradition Service Coordinator" for the County of greene State of missouri and who violated plaintiffs clearly established Constitutional right to due process and equal protection of the law as proscribed by the 5th and 14th amendments to the Constitution of the united States by failing and or refusing to protect plaintiffs right to file a formal Complaint against John Does (1) and (2) as will appear more fully herein...

8. Defendant Tim Smith, greene County Jail administrator whose primary place of employment is/was 1000 N. Boonville St Springfield mo 65802 acting under color of state law in his individual and official Capacity violated plaintiffs Clearly established Constitutional rights to due process and equal protection of law as proscribed by the 5th and 14th amendments to The Constitution of the United States by failing and or refusing to address the grievance procedures ~~procedure~~ so within the greene County Jail so that they would permit plaintiff to file a formal Complaint and or Charges against John Does (1) and (2) for violating plaintiffs Clearly established Constitutional Right to be free from Cruel and unusual punishment as more fully appears within ~~INDIGENT~~ S

4 of
(Dfdts)

9. Defendant Jim Arnott, Sheriff for the County of Greene State of Missouri whose primary place of employment is/was 1000 N Boonville St Springfield mo 65802 acting under Color of State law in his individual and official Capacity Violated plaintiffs Clearly established Constitutional Rights to due process and equal protection of law as proscribed by the 5th and 14th amendments to the Constitution of the United States by failing and/or Refusing to address the grievance procedures within the greene county Jail so that they would permit plaintiff to file a formal Complaint and/or Charges against John Does (1) and (2) for violating plaintiffs Clearly established Constitutional right to be free from Cruel & unusual punishment as more fully appears herein...

10 Defendant Harold Bengsch Commissioner for greene County State of missouri whose primary place of employment is/was 940 Boonville, Springfield mo 65802 acting under color of State law in his individual and official Capacity Violated plaintiffs clearly established Constitutional Rights to due process and equal protection of law as proscribed by the 5th and 14th amendments to the consititution of the united States by failing and or Refusing to address the grievance procedures within the greene county Jail so that they would permit plaintiff to file a formal Complaint and/or charges against John Does (1) and (2) for violating plaintiffs Clearly established Constitutional Right to be free from Cruel & unusual punishment as more fully appears herein..

11. Defendant Roseann Bently Commissioner for greene
County State of missouri whose primary place of employment
is/was 940 Boonville Springfield mo 65802 while acting under
Color of State law in her individual and official Capacity
Violated plaintiffs Clearly established Constitutional Rights
to due process and equal protection of law as proscribed
by the 5th and 14th amendment amendments to the Constitution of
The united States by failing and/or Refusing to address
The grievance proceedures within the greene county Jail So
That they would permit plaintiff to file a formal Complaint and/
or Charges against John Does (1) and (2) for violating plaintiffs
Clearly established Constitutional Right to be free from Cruel
and unusual punishment as more fully appears herein...

12. Defendant Jim Viebrook presiding Commissioner for the
County of greene State of missouri whose primary place of
Employment is/was 940 Boonville Springfield mo 65802
while acting under Color of State law in his individual and
official Capacity Violated plaintiffs Clearly established
Constitutional Rights to due process and equal protection of
law as proscribed by the 5th and 14th amendment to the
Constitution of the united States by failing and/or Refusing to
address The grievance proceedures within the greene county Jail
So that they would permit plaintiff to file a formal Complaint
and/or Charges against John Does (1) and (2) for violating
plaintiffs Clearly established Constitutional Right to be
free from Cruel and unusual punishment as more fully
appears herein...

(Over)

INDIGENT

13. Defendant Carter SGt who is employed by the County
    of greene State of missouri as an officer of the
    greene County Jail facility whose work address is
    1000 N Boonville Street Springfield mo 65802 while acting
    under Color of state law in his individual Capacity, deliberately
    and recklessly disregarded plaintiffs clearly established
    Constitutional Rights to due process of law as proscribed by
    The 5th and 14th amendments to the united States Constitution
    as will appear more fully herein...

14. Defendant Greene County State of missouri
    Statement Same as Defendants 9, 10, 11 & 12

15. Defendant Greene County Justice Center
    Statement Same as Defendants 9, 10, 11, 12 & 14

16. Defendant State of Missouri
    Statement Same as Defendants 9, 10, 11, 12, 14 & 15

III.   Do your claims involve medical treatment?     Yes _X_     No _____

IV.   Do you request a jury trial?     Yes _X_     No _____

V.   Do you request money damages?     Yes _X_     No _____

State the amount claimed?     $ _____ / _____ (actual/punitive)

VI.   Are the wrongs alleged in your complaint continuing to occur?   Yes _X_ No ___

VII.   Grievance procedures:

A.  Does your institution have an administrative or grievance procedure?
Yes _X_     No _____

B.  Have the claims in this case been presented through an administrative or grievance procedure within the institution?     Yes ~~X~~     No _X_

C.  If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____

_____

_____

D.  If you have not filed a grievance, state the reasons.
_Administration State I didn't have a grievable matter_

_____

VIII.   Previous civil actions:

A.  Have you begun other cases in state or federal courts dealing with the same facts involved in this case?     Yes _____     No _X_

B.  Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?     Yes _X_     No _____

C.  If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _Robert O Diggs_ _____
             (Plaintiff)           (Defendant)
(2) Date filed: _Aug 3, 2011   Aug 11, 2011   Aug 19, 2011_

2

(3) Court where filed: _Western District of Missouri_

(4) Case Number and citation: _11-3286-CV-S-ODS-P, 11-3290-CV-S-ODS-P,_
_11-3299-CV-S-ODS-P_

(5) Basic claim made: _Cruel unusual punishment, Due process of law_

(6) Date of disposition: _Pending_

(7) Disposition: _Pending_
            (Pending) (on appeal) (resolved)

(8) If resolved, state whether for:_____
            (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.   Statement of claim:

A.   State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action. _July 22, 2011 plaintiff was picked up by defendants Agent John Doe #(1)_ _and John Doe #(2) Extradition Agents contracted by Greene County_ _State of missouri to transport plaintiff back to missouri for a_ _warrent on failor to Appear on a burglory in the second degree_ _from Cook County Jail in Chicago IL plaintiff was handcuffed &_ _& ~~shekles~~ Shackled with leg Irons and taken to a van & placed in a 5 by 6 OR_ _6 By 6 Cage with 5 other pretrial detainees as van was enroute to_ _St Paul mn plaintiff & other detainees repeatedly requested to use_ _The restroom plaintiff and another detainee on the van_
                                        _(See Attachment_
                                            _S.O.C)_

B.   State briefly your legal theory or cite appropriate authority:

_See Attached_

_Damages_

3

# Statement of Claim (S.O.C)

Known as michael were talking about how it wasen't right that the detainees (pretrial) were not allowed to use the restroom and had not eaten in 10hrs plaintiff Stated how he Could not hold his urien any longer and requested again to use the restroom plaintiff urienated on himself and repeatedly asked the Agents to go to the rest room. at which point plaintiff began to Statd that a lawsuit Could be filed because of the inhumane treatment which The plaintiff and others were being Subjected to, which also was Cruel? unusual punishment at that time John Doe #2 pulled over to the Side of The highway and John Doe #1 got out the passenger Side Seat unlocked the door to the Cage which plaintiff ? others were in and told plaintiff to get out of the Van that Since ~~plaintiff~~ X had to use the restroom so bad ~~To~~ go on the side of the road as plaintiff Stated That Agent John Doe #1 Didn't have to act like that he was only requesting to go to the bathroom? ~~plaintiff had not~~ They were driving as plaintiff got ready to Finish Urinating John Doe #1 grabbed plaintiff by The neck Shoved him into the Van bending plaintiff back to a painfull position as the other pretrial detainee watched with handcuffs? bellychains? leg Irons Still Seated John Doe #1 held up a Can of mace ? Stated if Plaintiff Said one more word he (John Doe #1) was going to mace Plaintiff, plaintiff Stated he didn't do anything, at that point John Doe #1 Sprayed mace in plaintiff ~~mot~~ RD mouth ? face then threw plaintiff to The ground as plaintiff begain to have an asthma attack at which time the detainees on the Van Starting asking "why you mace him he wasent resisting or fighting you" ? you know he has Asthma" John Doe #1 Stated Plaintiff Should have Shut up ? if They kept talking he would do the Same to them as plaintiff gasped for Air on the ground ? getting Bitten by mosquitos detainee michael told Agent John Doe #1 to give plaintiff his Asthma Inhaler agent John Doe #1 told the detainees he wasent going to give me anything that Since he (detainee michael)

Was my buddy that he needed to give it to plaintiff, as plaintiff gasped for air & sustain mulitple mosquto bits agents John Doe #1 & John Doe #2 did nothing to assist plaintiff. As Nothing came out of plaintiffs inhaler the detainees (pretrial) Kept Saying get some help after about 3-5 mins agent John Doe #1 kept telling plaintiff to get in The von as plaintiff gasped & grabed at other detainees for help Agent John Doe #1 told Agent John Doe #2 to Call for help. a Short While later a unknown Wisconsin State patrol officer pulled up & asked John Doe #1 what happen John Doe #1 Stated that plaintiff was talking about how this wasnt right and that wasent right & how law Suits Could or Should be filed for the way they were being treated. Defd John Doe #1 Stated by doing so plaintiff was Citing a riot. the State trooper then asked if everyone was handcuffed with belly chains & leg irons John Doe #1 Said yes the State trooper then asked were they getting rowdy or out of there Sits John Doe #1 Stated NO that plaintiff wouldn't Shut up. paramedics Showed up after about 10 minutes they informed Agent John Doe #1 That plaintiff might have to be taken to the hospital to be Checked out Since he was having an asthma attack & chest pain & that the agents would have to follow Defendant John Doe #1 told the paramedics that they would no be going to any hospital because they had other people to pick up and was on a time limit & that they (medics) would have to work on plaintiff right there on the Side of the road while plaintiff Continued to gasp for air and Continued to be bitten by hundreds of mosquitos defendant John Doe #1 told the medics that it was no big deal NObody has died yet from being Sprayed with mace that had asthma.

after medics gave plaintiff oxygen & assisted the best they could to help plaintiff after ~~about or how i maybe to an~~ agent Said that plaintiff was fine & that we Needed to go.

Plaintiff tryed to tell the medics that Defendant John Doe #1
didn't have to Spray him with mace because plaintiff didn't do anything
open Leaving hearing this Agent John Doe #1 Said that Plaintiff was ok and that
Plaintiff trying to cite a riot thats why he got maced & that was
what he (Defendant John Doe #1) was going to put in his report to the
Greene County Jail State of Missouri

Shortly after we were back on the road Agent John Doe #1
lit & handed out Cigarrets which plaintiff eyes & skin still burned from
being maced & not being decontamaded & the detainees that didn't Smoke had
to suffer with the Second hand Smoke as no windows were able to open
The Van traveled all night with plaintiff having to sit in the Same uniform which
he had been maced & urinated in plaintiff was driven around for two days
along with other detainees (pretrial) going from State to State the Van
was not equipped with Seat belts poor ventilation a trip that would have
ordinarily take 8hrs took 2days during which time the Van traveled to
Several Jail facilities agents drove all night with restrained movement
which caused plaintiff Knees to ache hips hurt Constant Neck pain
Sleep deprived and malnourished as detainees were only able to
receive a Cheese burger & Small Glass of water every 8 to 10 hrs and use
the restroom.

Agents told plaintiff & other detainees to be quite because the other Agent
was sleep The Agent had his Seat reclined all the way back where
he could sleep comfortably & right in foont of the Cage which had a black
Plastic bag blocked detainees view of the whole front Area of the Van
was the First row seat made into a bed for the Agents to lay down &
Stretch out while the other agent drone.

detainees Complained of pain due to the long periods of
Time having to be Cramped ko gether the way their Neck had to be

INDIGENT

positioned as they tend to Sleep ? Smell The body fluid of himself
? That of another detainee who had been on the Van for Six days
with a Clostine bag ? When The Van Came to a Stop the A/C Would
Stop working and at times it would be extremely hot ? the Van Constibly
Smelled of body matter as plaintiff is Six feet tall ? weigh 216 pounds
with five other male detainees in a 6x6 Cage for days at a time
While being Sleep deprived ? treated inhumane is a Clear Violation
of plaintiff ? other like him Clearly established Constitutional right
to be protected from Cruel ? inhumane treatment and or punishment...

II. apon Arriving at the greene County Jail in Springfield MO
   On July 24, 2011 while being booked in By an unknown officer
at this time plaintiff informed booking officer about the inhumane
treatment ? assault ? macing by the Extradition Agents this officer
Stated plaintiff wasent the only one to Complain about Similier
treatment ? inhumane Conditions while in the custody of these
Extradition Companies however officer informed plaintiff that
There was nothing he Could do about the issue Plaintiff ? Would have to
take up the issue with other Supervisor above him.
   Plaintiff ? other unknown officer about the facts Stated within
? informed them that he (plaintiff) wished to file a Complaint ? Criminal
Charges against Extradition agents for the assault on plaintiff and a
Complaint as to the treatment received by plaintiff and others like
Plaintiff. plaintiff was told to Contact Lt. Martin Mahy, after
Several days ? Several different officers talking ? trying to get a
Complaint filed as well as Criminal Charges for assault ? grivences
denied Several times plaintiff again Contacted Lt. Martin Mahy
on July 28 2011 regarding the assault on plaintiff by John Doe #1
Which is employeed by a Company Contracted by Greene County

State of Missouri

Plaintiff received responds back from Defendant Martin Mahy Aug,1,11 Stating "Can't help you. The incident happend outside my Jurisdiction".

Plaintiff again spoke with unknown Sargent at the greene County Jail regarding the issues stated again plaintiff was informed that many detainees that have been extradited from other places by these Kind of Companies have made complaints to the Jail's staff as to the treatment received while in their custody however the Jail dose nothing and will do nothing nor will the County or State.

Plaintiff have Sent Several request attempting to get Some assistance from the Jail & County of Greene state of missouri to get Complaints filed all have been refused.

Plaintiff Spoke with Defedant SGt Center Aug 22 2011 about being denied Calls to file a criminal Complaint against John Doe# 1 for The assault that took place July 22, 2011 while in the Custody of the extradition Company Contracted by Greene County State of Missouri Defendant Center Stated (again) that it is a policy, practice & or Custom of the County of Greene State of missouri to not get involved with issues involving Extradition Companies Contracted by them by the State as to food, Clothing or anyother issues while in their Custody unless Something was to happen to their inmate on County property which is a Clear disregard to pretrial detainee Walfere & Safty by recklessly disregarding plaintiff's others like plaintiff Clearly established Constitutional Rights to be protected from Cruel & unusual punishment & Violation of due process of law by Continuing to implement a policy, Practice, Regulation 1 or Custom that outsources the transPortation of accused individuals to private extradition Companies which have been Reported time and again as treating accused

INDIGENT

individuals in Cruel & inhaumane treatment.

## Damages

Each defendant individually and/or officially while acting under color of state law, have violated, and continue to violate plaintiffs clearly established constitutional rights to be free from subjection to cruel and unusual punishment while being transported between jail facilities as well as having refused and or denied plaintiff the clearly established constitutional rights to be Due process and equal protection of law as proscribed by the 5th, 8th and 14th amendments to the United States Constitution. As a direct result of Defendants John Does (1) and (2)s deliberate disregard of plaintiffs right to be protected from cruel and unusual punishment, plaintiff was caused to suffer excruciating and debilitating pain that was the result of a severe asthma (sic) attack that was caused by Defendant John Doe (1) assaulting plaintiff both physically and with chemical mase when defendant knew or had reason to know plaintiff had a medical condition that would prohibit the use of such a chemical apor. Furthermore, Defendants John Doe(1) and (2) callously disregarded plaintiffs clearly established constitutional right to be protected from cruel and unusual punishment by forcing plaintiff to be transported in Conditions of confinement as described more fully herein and Refusing to provide plaintiff with an emergency grievance proceedure whereby such constitutional deprivations could be immediately redressed.

Defendant Inmate Services corporation violated plaintiffs clearly established constitutional Rights to due process and equal protection of law by recklessly disregarding plaintiffs rights to be free from cruel and unusual punishment in INDIGENT that those policies, practices, regulations or customs in

effect during the period between July 22nd and July 24th ~~there~~ were such that Does (1) & (2) were permitted to transport more prisoners in such a small space than was safe; permitted Doe's (1) and (2) to treat plaintiff as described herein without any formal training in the treatment of prisoners, and failed to provide plaintiff any recourse for filing a formal grievance/complaint against Doe's (1) and (2) thereby causing plaintiff to be deprived of his constitutional liberties to redress the violations as described herein...

all greene county jail, and/or greene county, State of missouri defendants either individually and/or collectively, while acting under color of state law in their individual and/or official capacity violated plaintiffs clearly established constitutional rights to due process and equal protection of law by failing and or refusing to provide plaintiff with a policy, practice, regulation or custom whereby he could file a formal complaint against defendants John Doe's (1) and (2) ...

X.    Relief: State briefly exactly what you want the court to do for you.  Make no legal arguments.  (See Attached)

_____

_____

XI.    Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. _____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?        Yes____ No _X___

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____

_____

_____

C. Have you previously had a lawyer representing you in a civil action in this court?        Yes _____ No _X___

If your answer is "Yes," state the name and address of the lawyer.

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this _20th_ day of _September_ 20_11_.

_Robert Digg_
Signature(s) of Plaintiff(s)

_____

_____

4

# Relief Requested

1.) To File a formal Civil Rights Complaint against Defendants' John Doe's (1) and (2) and to have such procecuted to the fullest extent of the law,

2.) Declatory Judgement declaring the rights of plaintiff herein

3.) actual damages against each named defendant in an amount equal to their deliberate deprevation of plaintiffs rights but not less than $18,000.00;

4.) punative damages to punish the defendants for their intentional, willfull, deliberate reckless, and Callous disregard for plaintiffs Clearly established Constitutional Rights as described herein in an amount sufficient to punish the defendants but not less Than 125,000.00;

5.) award plaintiff reasonable attorney's fees;

6.) a trial by Jury on all issues triable by a Jury

7.) a preliminary injuction restraining and enjoining their defendants, Successors in office, agents and employee's, and all persons acting in Concert with them from taking any form of retaliation for commencement of This action

INDIGENT

8.) An order demanding Regulation of Such transportation to be approved by this Court;

9.) Training and Supervision be ordered for Such transportation and approved once Submitted to Courts for approval to ensure No further instances Can occure again

10.) Such Services be Suspended until a Safer more humane manner of transportation be approved & Which Can be better Supervised

11.) any other relief the Court deems Just and proper in the premise

12.) award plaintiff an additional $20,000.00 for mental and emotional anguish

13.) Class action Status

14.) appointment of Counsel to represent plaintiff in Stated matters



UNITED STATES POSTAGE

PITNEY BOWES

02 1P     $ 000.840
0003179701   SEP 20 2011
MAILED FROM ZIP CODE 65802

LE

0r3/n/2

U.S District Court
Western Division of MO
222 Hammons parkway Suite # 1400
Springfield mo 65806

GREENE COUNTY JUSTICE CENTER
1000 N Boonville
Springfield MO. 65802

Robert Dotts
Inmate Name

2409065
C.F.N.

SCREENED BY
U.S. MARSHALS

INDIGENT