IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT O. DIGGS,

                Plaintiff,

v.

INMATE SERVICES CORP.;
JOHN WICKER and CLAY HEFLIN,

                Defendants.

OPINION AND ORDER

11-cv-821-wmc

---

Plaintiff Robert O. Diggs filed this lawsuit under 42 U.S.C. § 1983, alleging that defendants violated his constitutional rights while transporting him from one county jail to another. Defendants Inmate Services Corporation, John Wicker and Clay Heflin have filed a joint motion for summary judgment, a brief in support and a set of proposed findings of fact. Diggs has not filed a reply or requested an extension of time and his deadline to do so has expired. Moreover, the court has learned that Diggs has been released from custody and has not provided a current address.

It is not the obligation of either this court or the clerk's office to search for litigants. Rather, it is the litigant's responsibility to advise the court of any change to his or her contact information. *See Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593, 2008 WL 4922422 (7th Cir. 2008) (affirming the denial of a Rule 60(b) motion where movants claimed they did not receive notice of summary judgment due to a house fire, adding that "all litigants, including pro se litigants, are responsible for maintaining communication with the court"); *see also Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005) ("[A] litigant who invokes the processes of the federal courts is responsible for

maintaining communication with the court during the pendency of his lawsuit."). Because plaintiff has failed to provide the court with a current address, it appears that he has abandoned his complaint.

Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that the complaint filed by plaintiff Robert O. Diggs is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for want of prosecution. Relief from this order may be granted upon a showing of good cause.

Entered this 4th day of June, 2014.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge