IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT O. DIGGS,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                        Case No. 11-cv-821-wmc

INMATE SERVICES CORP.,
JOHN WICKER and CLAY HEFLIN,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

| /s/ | 6/4/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |